IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DERRICK ERVIN,

    Petitioner,

v.                                          Civ No. 19-1218 KG-JHR

JAMES JANECKA, *et al*,

    Respondents.

ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*

This matter is before the Court upon Petitioner's Motion to Proceed *In Forma Pauperis*. (Doc. 2). Petitioner seeks to prosecute his 28 U.S.C. § 2254 habeas action without prepaying the $5.00 fee. Such relief is only available where the petitioner's "affidavit [and] … statement of … assets [demonstrates he] … is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Petitioner does not qualify under that test. His financial statement reflects he receives $40-$90 per month and has $47.29 in his inmate spending account. (Doc. 2) at 2. The Court will therefore deny the Motion.

IT IS ORDERED:

1. Petitioner's Motion to Proceed *In Forma Pauperis*. (Doc. 2) is denied.

2. No later than June 8, 2020, Petitioner must prepay the $5.00 filing fee.

3. The failure to timely comply will result in dismissal of this case without further notice.

_____
UNITED STATES DISTRICT JUDGE