IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DERRICK V. ERVIN,

    Petitioner,

v.                                                   Civ. No. 19-1218 KG/JHR

DWAYNE SANTISTEVAN, Warden, and
HECTOR H. BALDERAS, Attorney General
for the State of New Mexico,

    Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Memorandum Opinion and Order filed July 25, 2022 (Doc. 27), the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (Doc. 1) is DISMISSED with prejudice, and this case is hereby closed.

_____
UNITED STATES DISTRICT JUDGE